```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


HAROLD ROBERTS,                  :
        Plaintiff
                                 :

                                 :
        vs.                          CIVIL NO. 1:CV-04-1199
                                 :
FRANKLIN J. TENNIS,                    (Judge Caldwell)
Superintendent, SHARON BURKES,   :
Chief Grievance Officer,             (Magistrate Judge Mannion)
RICHARD ELLERS, Chief Health     :
Care Administrator,
JOSEPH ROMEO, Medical Director,  :
and JEFFREY A. RACKOVAN,
Grievance Coordinator,           :
        Defendants
```

## O R D E R

AND NOW, this 13th day of June, 2005, upon consideration of the report (doc. 27) of the magistrate judge, filed May 16, 2005, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1. The magistrate judge's report is adopted.

    2. The Corrections Defendants' motion to dismiss (doc. 16) is granted. The Plaintiff's complaint (doc. 1) is dismissed as to the Corrections Defendants.

    3. Defendant Romeo's motion to dismiss, or in the alternative summary judgment, (doc. 24) is granted. The Plaintiff's complaint (doc. 1) is dismissed as to Defendant Romeo.

   4. The Clerk of Court shall close this file.

            <u>/s/William W. Caldwell</u>
            William W. Caldwell
            United States District Judge